| | |
|---|---|
| 1 | DANIEL P. BARER (SBN 150812)                          7580.043 |

DANIEL P. BARER (SBN 150812)         7580.043
ANNA L. BIRENBAUM (SBN 217588)
POLLAK, VIDA & BARER
11150 West Olympic Boulevard, Suite 900
Los Angeles, California 90064-1830
(310) 551-3400 Fax (310) 551-1036

PETER J. FERGUSON (SBN 108297)
ALLEN CHRISTIANSEN (SBN 263651)
FERGUSON, PRAET & SHERMAN, APC
1631 E. 18th Street
Santa Ana, CA 92705
(714) 953-5300· Fax (714) 953-1143

Attorneys for Defendants
CITY OF MURRIETA, SCOTT MONTEZ, CHRIS ZELTNER
KYLE MIKOWSKI, ZACH BRADLEY and BLAKE WILLIAMS

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| NEFTALI MONZON as Personal Representative of the Estate of JUNEF RAGADIO MONZON and individually; MARYLOU MONZON, as Personal Representative of the Estate of JUNEF RAGADIO MONZON and individually; JERRICO REYES, individually,<br><br>           Plaintiffs,<br><br>  vs.<br><br>CITY OF MURRIETA a governmental entity; SCOTT MONTEZ, individually; CHRIS ZELTNER, individually; KYLE MIKOWSKI, individually; ZACH BRADLEY, individually; AND BLAKE WILLIAMS, individually; and DOES 1 through 10,<br><br>           Defendants. | Case No. 2:17-cv-01371 RGK (SKx)<br><br>Hon. R. Gary Klausner<br>Courtroom 850<br><br>**JUDGMENT**<br>[Fed. Rules of Civ. Proc., Rule 56; LR 56-1] |

The Motion for Summary Judgment by defendants City of Murrieta, a government entity; Scott Montez, individually; Chris Zeltner, individually; Kyle Mikowski, individually; Zach Bradley, individually; and Blake Williams, individually, was ruled upon by the District Court on January 9, 2019 without hearing. Based upon the papers filed in support of and in opposition to the motion, all matters properly part of the record, and the Statement of Uncontroverted Facts and Conclusions of Law, and based on the Court having ordered that these defendants' motion for summary judgment be granted,

JUDGMENT is entered in favor of defendants City of Murrieta, a government entity; Scott Montez, individually; Chris Zeltner, individually; Kyle Mikowski, individually; Zach Bradley, individually; and Blake Williams, individually and against plaintiffs Neftali Monzon as Personal Representative of the Estate of Junef Ragadio Monzon and individually; Marylou Monzon, as Personal Representative of the Estate of Junef Ragadio Monzon and individually; Jerrico Reyes, individually.

The motion for judgment on the pleadings of defendants City of Murrieta, a government entity; Scott Montez, individually; Chris Zeltner, individually; Kyle Mikowski, individually; Zach Bradley, individually; and Blake Williams, individually and against Jerrico Reyes, individually, is denied as moot.

The moving defendants shall recover their reasonable costs of suit herein as against plaintiffs.

IT IS SO ORDERED.

DATED: January 23, 2019

_____
UNITED STATES DISTRICT JUDGE